# NO. 12-15-00257-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *AZLEWAY CHARTER SCHOOL AND AZLEWAY, INC., APPELLANTS* | § | *APPEAL FROM THE* |
| *V.* | § | *COUNTY COURT AT LAW #3* |
| *LACY HOGUE, APPELLEE* | § | *SMITH COUNTY, TEXAS* |

## MEMORANDUM OPINION
### PER CURIAM

This appeal is being dismissed for want of prosecution. *See* TEX. R. APP. P. 42.3(b). Appellant perfected its appeal on September 16, 2015, and its brief was due on November 30, 2015. When Appellant failed to file its brief by the due date, this court notified Appellant on December 1, 2015, that the brief was past due. The notice warned that if the brief was not received by December 11, 2015, the appeal would be presented for dismissal. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

To date, Appellant has neither complied with nor otherwise responded to this Court's December 1, 2015 notice. Accordingly, we ***dismiss*** the appeal ***for want of prosecution***. *See* TEX. R. APP. P. 42.3(b).

Opinion delivered December 16, 2015.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**DECEMBER 16, 2015**

**NO. 12-15-00257-CV**

**AZLEWAY CHARTER SCHOOL AND AZLEWAY, INC.,**
Appellants
V.
**LACY HOGUE,**
Appellee

Appeal from the County Court at Law No. 3

of Smith County, Texas (Tr.Ct.No. 64,330-B)

THIS CAUSE came to be heard on the appellate record; and the same being considered, it is the opinion of this court that this court is without jurisdiction of the appeal, and that the appeal should be dismissed.

It is therefore ORDERED, ADJUDGED and DECREED by this court that this appeal be, and the same is, hereby **dismissed for want of prosecution**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*